Name, Address and Telephone Number of Attorney(s):

Adam Kargman (SBN 212109)
ISAACS | FRIEDBERG LLP
555 South Flower Street, Suite 4250
Los Angeles, California 90071
(213) 929-5550

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWON JONES, <br><br> v. <br><br> Plaintiff(s) <br><br> CITY OF LOS ANGELES, <br><br> Defendant(s). | CASE NUMBER <br><br> 2:20-CV-11502-VAP-JCx <br><br><br> **REQUEST:** <br> **ADR PROCEDURE SELECTION** |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☑ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: January 14, 2022    /s/ Adam Kargman

Attorney for Plaintiff Antwon Jones

Dated: _____    _____

Attorney for Plaintiff _____

Dated: January 14, 2022    /s/ Kathryn L. McCann

Attorney for Defendant City of Los Angeles

Dated: _____    _____

Attorney for Defendant _____

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (04/18)    REQUEST: ADR PROCEDURE SELECTION    Page 1 of 1

# ATTESTATION

I, Adam Kargman, am the ECF User whose identification and password are being used to file this Request: ADR Procedure Selection.  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is being submitted, concur in its content and have authorized the filing.

DATED:  January 14, 2022            By:   */s/ Adam Kargman*
                                                    Adam Kargman