Kathleen A. Kenealy (State Bar No. 212289)
  Chief Deputy City Attorney
  kathleen.kenealy@lacity.org
Joseph A. Brajevich (State Bar No. 156144)
  General Counsel, Department of Water and Power
  joseph.brajevich@ladwp.com
LOS ANGELES CITY ATTORNEY'S OFFICE
221 N. Figueroa Street, Suite 1000
Los Angeles, California 90012

Eric M. George (State Bar No. 166403)
  egeorge@egcfirm.com
Kathryn L. McCann (State Bar No. 245198)
  kmccann@egcfirm.com
Guy C. Nicholson (State Bar No. 106133)
  gnicholson@egcfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@egcfirm.com
ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendant
City of Los Angeles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTWON JONES, an individual and California taxpayer,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; MICHAEL N. FEUER, in his individual and official capacities; JAMES P. CLARK, in his individual and former official capacities; and THOMAS H. PETERS, in his individual and former official capacities,<br><br>Defendants. | Case No. 2:20-CV-11502-VAP-JCx<br><br>Hon. Virginia A. Phillips<br>Magistrate Jacqueline Chooljian<br><br>**JOINT STIPULATION TO REQUEST TO APPEAR REMOTELY BY ZOOM AT THE JANUARY 24, 2022 SCHEDULING CONFERENCE** |

1  Plaintiff Antwon Jones ("Plaintiff") and Defendant City of Los Angeles (the
2 "City"), by and through their respective counsel, hereby jointly stipulate as follows:
3  WHEREAS, the Scheduling Conference is scheduled to take place at 1:30 p.m.
4 on January 24, 2022 (Dkt. No. 82);
5  WHEREAS, on January 3, 2022, the Chief Judge of the Central District of
6 California issued "Order of the Chief Judge 22-001" (the "Order"), which temporarily
7 suspended jury trials due to the "alarming surge of COVID-19 cases nationwide and
8 in the Central District of California largely due to a new variant of the virus that causes
9 COVID-19—Omicron";
10  WHEREAS, the Order is to remain in effect through and including January 24,
11 2022 and may be extended as necessary;
12  WHEREAS, the Order will be in effect on the day of the scheduling conference
13 in the above-captioned matter;
14  WHEREAS, this Court conducts "in-person" hearings, but permits Zoom
15 appearances with the Court's express authorization;
16  WHEREAS, this Court requires parties to submit requests to appear remotely
17 no later than the Wednesday of the week prior to the hearing date in order to conduct
18 a hearing via Zoom;
19  WHEREAS, in light of the foregoing, Plaintiff and the City agree, given the
20 rise in COVID-19 cases and the increased transmissibility of the Omicron variant, to
21 request that the Court allow the parties to appear remotely via Zoom at the Scheduling
22 Conference on January 24, 2022.
23 //
24 //
25 //
26
27
28

NOW THEREFORE, IT IS HEREBY TIMELY STIPULATED by and between Plaintiff and the City, by and through their respective counsel and subject to this Court's approval, that the parties request that the scheduling conference on January 24, 2022 be held via Zoom and that counsel appear remotely.

DATED: January 18, 2022          ISSACS | FRIEDBERG LLP
                                                       Jeffrey B. Isaacs
                                                       Jerome H. Friedberg
                                                       Adam Kargman

                                                By:   */s/ Adam Kargman*
                                                        Adam Kargman
                                                  Attorneys for Plaintiff Antwon Jones

DATED: January 18, 2022          ELLIS GEORGE CIPOLLONE
                                                    O'BRIEN ANNAGUEY LLP
                                                       Eric M. George
                                                       Kathryn L. McCann
                                                       Guy C. Nicholson
                                                       Jason Y. Kelly

                                                By:   */s/ Jason Y. Kelly*
                                                        Jason Y. Kelly
                                                  Attorneys for Defendant City of Los Angeles

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

I, Jason Y. Kelly, am the ECF User whose identification and password are being used to file this stipulation. Per Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 18, 2022          By: _____*/s/ Jason Y. Kelly*_____
                                                                     Jason Y. Kelly