JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antwon Jones,<br><br>    Plaintiff,<br><br>v.<br><br>City of Los Angeles et al.,<br><br>    Defendants. | Case No. 2:20-cv-11502-VAP-(JCx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Defendant's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that the action, *Antwon Jones v. City of Los Angeles et al.*, 2:20-cv-11502-VAP-(JCx), is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:    6/14/22

Virginia A. Phillips
United States District Judge